FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

APR 2 8 2005

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE |
| | ) NO. 1:03-CV-2652-RWS |
| THE SMART FLYER, INC., | ) |
| MICHAEL HOLTZ, | ) |
| JEFFREY TRAUGOT, | ) |
| and DARRYN WEINSTEIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINAL JUDGMENT

The Joint Motion of the parties for the entry of this Final Judgment has come

before the Court for consideration. The Parties inform the Court that they have

reached a settlement agreement pursuant to which all claims and counterclaims

asserted in this Action will be fully and finally resolved. The Parties further

inform the Court that one of the essential conditions of their settlement agreement

is the entry of a Final Judgment that would make permanent the preliminary

injunction granted by this Court's ORDER of November 18, 2004 [57], and would

otherwise dismiss all claims and counterclaims asserted in this Action with

prejudice.

The Court having considered the submission of the parties and found that there is good cause for the entry of this Final Judgment; it is therefore hereby ORDERED, ADJUDGED and DECREED as follows:

(1)     The preliminary injunction granted by this Court's ORDER of November 18, 2004 [57], is hereby made FINAL. Each of the Defendants is permanently ENJOINED from purchasing or soliciting the purchase of Delta SkyMiles awards or mileage credit from any SkyMiles member and from selling any SkyMiles mileage credit or tickets obtained through this conduct.

(2)     This Court shall retain jurisdiction for the purpose of enabling any of the parties to this Final Judgment to apply to the Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Final Judgment, to modify or terminate any of its provisions, to enforce compliance, and to punish any violations of its provisions.

(3)     Except as set forth in this Final Judgment, all claims and counterclaims asserted by any Party in this action are hereby fully and finally DISMISSED WITH PREJUDICE. Each party shall bear their own costs of the action.

SO ORDERED this 28th day of April, 2005.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

3